# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-06272-MCS-MAA | Date | September 18, 2024 |
| Title | *Nova Nordeplast Indstria E Comrcio DE Plasticos LTDA et al v. John Does Corporations 1-5 et al* | | |

**Present: The Honorable**   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER OF DISMISSAL FOR LACK OF PROSECUTION (JS-6)**

On September 5, 2024, the Court issued an Order to Show Cause re dismissal for Plaintiff's lack of prosecution. The Court advised plaintiff that it will consider the Plaintiff's filing of the Proof of Service as an appropriate response to this Order to Show Cause, on or before September 12, 2024. Plaintiff has failed to comply. Accordingly, the Court hereby DISMISSES the instant case for lack of prosecution, without prejudice.

IT IS SO ORDERED.